**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6117

CHAUNCEY A. WILLIAMS,

            Plaintiff - Appellant,

      v.

DANIEL A. BRAXTON, Warden; OFFICER BURTON, Correctional Officer;
OFFICER WHEELER, Sergeant; TINCHER, Sergeant; PRITT, Lieutenant,

            Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:07-cv-00292-SGW-MFU)

Submitted:  April 24, 2008          Decided:  April 29, 2008

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

Chauncey A. Williams, Appellant Pro Se.  Mark Ralph Davis, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey A. Williams appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Braxton, No. 7:07-cv-00292-SGW-MFU (W.D. Va. Dec. 20, 2007). We deny Williams' motion for summary disposition and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED